UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| ROBERT JAMES STEWART,<br><br>             Plaintiff,<br><br>  vs.<br><br>LONNY R. SUKO, et al.,<br><br>             Defendants. | NO.  CV-08-165-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION |
|---|---|

    Magistrate Judge Hutton filed a Report and Recommendation on July 21, 2008, recommending Mr. Stewart be denied *in forma pauperis* status and that his action be dismissed. On August 7, 2008, the court received Plaintiff's "Objections to James P. Hutton United States Magistrate Judge" (Ct. Rec. 11). Mr. Stewart does not object to any specific recommendation made by Magistrate Judge Hutton; he merely states he did not agree for a Magistrate Judge to "hear or make rulings in the above matters."

    Although a Magistrate Judge may not issue a dispositive ruling in a civil case without the consent of the parties, a Magistrate Judge is authorized to submit a Report and Recommendation of disposition to the referring district judge. *See* LMR 4(a)(3), Local Rules for the Eastern District of Washington. That has been done. Mr. Stewart was granted

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 1

the requisite 10 days to file his objections to the content of the Report and Recommendation.  He has not done so.  There being no actual objections, the court **ADOPTS** the Report and Recommendation (Ct. Rec. 6).  **IT IS ORDERED** any request to proceed without prepayment of the filing fee is **DENIED** and the complaint is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B), for failure to state a cognizable claim upon which relief may be granted.  The court notes Mr. Stewart initiated this action while he was incarcerated.

   Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  **<u>Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915.  This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims</u>.**

   **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and **close the file**.  The District Court

*//*

*//*

*//*

*//*

*//*

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 2

Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this 29th day of August 2008.

                 s/Robert H. Whaley
                 ROBERT H. WHALEY
        CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\Stewart\8cv165jph-8-12-dis1915g.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 3